# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON JONES,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71938

FILED

MAR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Valerie Adair, District Judge
      Jason Jones
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

17-08537